**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 18-1296**

────────────

JOHN M. DICKSON, JR.,

        Plaintiff - Appellant,

    v.

MAYOR MCKINLEY L. PRICE, DDS, In his individual capacity, as a person acting under color of state law; CITY OF NEWPORT NEWS VIRGINIA, In its individual capacity as a person, acting under color of state law; FORMER CHIEF OF POLICE OF THE CITY OF NEWPORT NEWS MR. RICHARD W. MYERS, In his individual capacity as a person, acting under color of state law; CITY OF NEWPORT NEWS VIRGINIA POLICE OFFICERS JOHN/JANE DOE, In their individual capacities as persons, acting under color of state law; CITY OF HAMPTON VIRGINIA, In its individual capacity as a person, acting under color of state law; CHIEF OF POLICE MR. TERRY L. SULT FOR THE CITY OF HAMPTON VIRGINIA, In his individual capacity, as a person acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE TECHNICAL POLICE OFFICER(S) JOHN/JANE DOE(S), In their individual capacities, as persons acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE OFFICERS JOHN/JANE DOE(S), In their individual capacities as persons acting under color of state law; FBI AGENT MRS./MS. KATHERINE ANDREWS, Former special agent in charge of the Newport News field office, in her individual capacity, as a person acting under color of federal and state law; FBI NEWPORT NEWS FIELD OFFICE JOHN/JANE DOE(S) TECHNICAL AND FIELD AGENT(S), In their individual capacities, as persons acting under color of federal and state law,

        Defendants - Appellees.

────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Arenda L. Wright Allen, District Judge. (4:18-cv-00001-AWA-DEM)

────────────

Submitted:  May 17, 2018                                    Decided:  May 18, 2018

─────────────

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John M. Dickson, Jr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dickson v. Price*, No. 4:18-cv-00001-AWA-DEM (E.D. Va. Feb. 13, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*